IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROLANDO HENDERSON,
    Plaintiff,

vs.                                    Case No. 5:08cv283/RS/EMT

DOCTOR CHERRY, et al.,
    Defendants.
_____/

## O R D E R

       This cause is before the court upon referral from the clerk.  Plaintiff is proceeding pro se and in forma pauperis.  On May 28, 2009, the court directed the United States Marshals Service (USMS) to effect service upon each Defendant by mailing the required documents to the special process server at Apalachee Correctional Institute (Doc. 20).  On June 15, 2009, the court was notified that efforts to serve Defendant Doctor Cherry were unsuccessful; therefore, the summons was returned unexecuted as to this Defendant (*see* Doc. 24).  It is unlikely that Plaintiff, due to his incarceration, will be able to obtain information as to the whereabouts of this Defendant without engaging in discovery.  Discovery, however, is premature.  Therefore, the Department of Corrections shall be required to appear for Defendant Doctor Cherry or provide an address in confidence to the USMS.

       Accordingly, it is **ORDERED**:

       1.    The clerk shall issue a summons for Defendant Doctor Cherry, indicating that he has **sixty (60) days** in which to file a response to the complaint.

       2.    The clerk shall send the summons, a copy of this order, and a copy of the second amended complaint (Doc. 17) to Richard Saliba, Assistant General Counsel for the Department of Corrections, 2601 Blairstone Road, Tallahassee, FL  32399-2500.

       3.    The Office of the General Counsel for the Department of Corrections shall have **thirty (30) days** from the date this order is entered on the docket in which to either:  (1) inform the

USMS (specifically, <u>Jennifer Tallarico of the USMS office in Tallahassee</u>) in confidence of the last known address of Defendant Doctor Cherry, (2) enter an appearance on behalf of Defendant Doctor Cherry, or (3) advise the court that neither alternative is possible.  If the address is provided to the USMS, the Assistant General Counsel shall file a notice with the court that this has been done.  <u>In such event, the Assistant General Counsel shall also forward to the USMS the copy of this order, the summons, and the service copy of the second amended complaint.</u>  **The USMS shall protect the confidentiality of any address provided by the Department of Corrections as required by Florida law, and shall not disclose any such information on any document filed with the court.**

      4.      If the Assistant General Counsel provides the USMS with the last known addresses of Defendant Doctor Cherry and notifies the court that this has been done, the court will issue further instructions for service of process.

      **DONE AND ORDERED** this <u>24</u>th day of June 2009.


      /s/ *Elizabeth M. Timothy*
      **ELIZABETH M. TIMOTHY**
      **UNITED STATES MAGISTRATE JUDGE**