IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROLANDO HENDERSON,
    Plaintiff,

vs.                               Case No.: 5:08cv283/RS/EMT

DR. CHERRY et al.,
    Defendants.
_____/

**O R D E R**

    This matter is before the court on a notice of compliance filed by the Florida Department of Corrections (DOC) (Doc. 27). The notice states that the DOC has provided an address for Defendant Dr. Cherry to the United States Marshals Service (USMS) in confidence to enable service of process to be effected.

    1.     The Clerk of Court is directed to send to the USMS a copy of this order for Defendant Dr. Cherry. The Clerk shall also prepare a Notice of a Lawsuit and Request to Waive Service of a Summons form (AO-398) for Defendant Cherry, and send the notice and two Waiver of the Service of Summons forms (AO-399) to the USMS, pursuant to Fed. R. Civ. P. 4(d). Pursuant to Fed. R. Civ. P. 4(c)(2), all costs of service shall be advanced by the United States.

    2.     The USMS shall complete USM 285 forms for Plaintiff, addressed to Defendant Dr. Cherry.

    3.     Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the USMS shall send a copy of the Second Amended Complaint,[1] a copy of this order, a completed AO-398 form, two (2) copies of the AO-399 form, and a prepaid means of compliance to Defendant Cherry through first

---

[1] The DOC was previously ordered to forward to the USMS the summons and service copy of the Second Amended Complaint that was provided by the court (*see* Doc. 25). If the DOC did not comply with this directive, the USMS shall contact Assistant General Counsel Alexandria E. Walters and request the documents.

class mail. The USMS shall mail the forms to Defendant Cherry as soon as possible so that service or waiver of service can be completed within 120 days from the date of entry of this order on the docket.

4. If after thirty (30) days from the mailing of the waiver of service forms and the complaint Defendant Cherry has not returned a waiver of service form (AO-399 form), the USMS shall personally serve Defendant Cherry, pursuant to Rule 4(e) of the Federal Rules of Civil Procedure, with the summons provided by the DOC. Upon completion of service, the USMS shall file with the clerk the return and a written statement of all costs incurred of making such personal service.

5. The clerk shall refer this file to the undersigned if the waiver form is returned for insufficient address or for similar reason, if service on Defendant Cherry is returned unexecuted, or if the USMS has filed a statement of costs incurred for making personal service.

6. Defendant Cherry shall have **SIXTY (60) DAYS** in which to file a response to the complaint.

7. No motion for summary judgment shall be filed by any party prior to entry of an Initial Scheduling Order without permission of the court.

8. Counsel for Defendant Cherry shall file a notice of appearance within **THIRTY (30) DAYS** of the date of service.

9. **In any event, the Clerk shall refer this file to the undersigned forty-five (45) days from the date of this order**.

**DONE AND ORDERED** this 15th day of July 2009.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**