**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

ROLANDO HENDERSON,

    Plaintiff,

vs.                                            CASE NO: 5:08cv283/RS-EMT

DR. CHERRY, et al,

    Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 83) and Plaintiff's Objection to Magistrate's Report and Recommendation (Doc. 45). I have considered Plaintiff's objection *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendants' Motion for Summary Judgment (Doc. 38) is **granted.**

3. Plaintiff's Eighth Amendment claims based upon allegations of Defendant Vance's failure to intervene when Plaintiff was handcuffed by security officers and Dr. Cherry's creating a policy of delaying medical treatment for inmates with broken bones are dismissed without prejudice because of failure to exhaust administrative remedies.

4. Plaintiff's remaining Eighth Amendment claims of inadequate medical treatment by Defendants are dismissed with prejudice.

5. The clerk is directed to close the file.

**ORDERED** on March 26, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**